USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ANTHONY ROTONDO,                                               :
                                                               :
                                    Plaintiff,                 :
                                                               :
            -against-                                          :
                                                               :
                                                               :
BRIDGE BANCORP, INC., MARCIA Z.                                :   20-CV-7841 (VEC)
HEFTER, DENNIS A. SUSKIND, EMANUEL                             :
ARTURI, CHARLES I. MASSOUD, ALBERT E.                          :   **ORDER**
MCCOY, JR., RAYMOND A. NIELSEN, KEVIN                          :
M. O'CONNOR, DANIEL RUBIN, RUDOLPH J.                          :
SANTORO, THOMAS J. TOBIN, CHRISTIAN C.                         :
YEGEN, AND MATTHEW AMIEL                                       :
LINDENBAUM.,                                                   :
                                                               :
                                    Defendants.                :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 23, 2020, Plaintiff Anthony Rotondo filed a Complaint against Bridge Bancorp, Inc. and its Board of Directors, 20-CV-7841, Dkt. 1;

   WHEREAS on October 20, 2020, Plaintiff Don LaChance filed a Complaint against the same Defendants, 20-CV-8719, Dkt. 1;

   WHEREAS on October 22, 2020, this Court accepted the two cases as related;

   WHEREAS on October 22, 2020, the Court ordered the parties to show cause why the two cases should not be consolidated under Federal Rule of Civil Procedure 42, 20-CV-7841, Dkt. 4; and

   WHEREAS on October 27, 2020, Plaintiff LaChance filed a notice of voluntary dismissal and that civil case was closed, 20-CV-8719, Dkt. 31;

IT IS HEREBY ORDERED that given the voluntary dismissal of civil case 20-CV-8719, the parties are no longer required to show cause why these two cases should not be consolidated. The Court reminds the parties that an initial pre-trial conference is scheduled for **Friday, November 13, 2020, at 11:30 A.M.**  Pre-conference submissions are due no later **Thursday, November 5, 2020**.  *See* 20-CV-7841, Dkt. 3.

**SO ORDERED.**

**Date:  October 28, 2020**
      **New York, New York**

_____
      **VALERIE CAPRONI**
      **United States District Judge**