# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY ROTONDO,<br><br>        Plaintiff,<br><br>v.<br><br><br><br>BRIDGE BANCORP, INC., MARCIA Z. HEFTER, DENNIS A. SUSKIND, EMANUEL ARTURI, CHARLES I. MASSOUD, ALBERT E. MCCOY, JR., RAYMOND A. NIELSEN, KEVIN M. O'CONNOR, DANEIL RUBIN, RUDOLPH J. SANTORO, THOMAS J. TOBIN, CHRISTIAN C. YEGEN, and MATTHEW AMIEL LINDENBAUM,<br><br><br>        Defendants. | Civil Action No. 1:20-cv-07841-VEC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Anthony Rotondo hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 17, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530

2

Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*